I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/5/2010

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB - 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DAVIDSON,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>DEBRA DEXTER, Warden,<br><br>　　　　　Respondent. | Case No. CV 09-1576-AHM (RNB)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 2/4/2010

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE